*W. O. Dean, solicitor-general,* contra.

---

15827.   DANIELS *v.* THE STATE.

LUKE, J.   The sole insistence in the brief of the plaintiff in error being that the evidence does not authorize the verdict, and the trial judge having approved the verdict, and there being some evidence to support it, the judgment overruling the motion for a new trial is

*Affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 13, 1924.

Conviction of receiving stolen goods; from Houston superior court—Judge Mathews.   June 4, 1924.

*Robert W. Barnes, E. C. Collins,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

15828.   JONES *v.* THE STATE.

BLOODWORTH, J.   There is no merit in either of the special grounds of the motion for a new trial; the evidence supports the verdict, which has the approval of the trial judge, and, as no error of law was committed, the motion for a new trial was properly overruled.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 13, 1924.

Conviction as accessory after the fact of murder; from Houston superior court—Judge Mathews.   June 20, 1924.

*Marion Turner,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.